IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ANTHONY GENO MARTINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 124-227 |
| ) | |
| MAJOR ASKEW; CAPTAIN SHERMAN; ) | |
| STAFF SERGEANT RIVERA; STAFF ) | |
| SERGEANT WILLIAMSON; ) | |
| LIEUTENANT WILSON; STAFF ) | |
| SERGEANT GAINS; STAFF SERGEANT ) | |
| DONALDSON; SHERIFF CLAY ) | |
| WHITTLE; SERGEANT CRITE; ) | |
| SERGEANT BOYD; LIEUTENANT ) | |
| COOPER; DEPUTY HOWELL; MS. S. ) | |
| WILLIS, CCDC Classifications; MS. ) | |
| ANDERSON, Sheriff's Secretary/CCDC ) | |
| Admin; LIEUTENANT GREEN; and STAFF ) | |
| SERGEANT FANNING, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On December 30, 2024, the Court recommended Plaintiff's request to proceed IFP be denied, and this action be dismissed without prejudice. (See doc. no. 4.) On January 13, 2025, the Clerk of Court docketed a notice of change of address in which Plaintiff states he is no longer located at the Columbia County Detention Center, where the Court's December 30th Report and Recommendation and Order had been served, and is instead located at the Charles B. Webster Detention Center. (Doc. no. 6.) Accordingly, the Court **DIRECTS** the **CLERK** to re-serve the December 30th Report and Recommendation and Order, (doc. nos. 4-5), on

Plaintiff at his new address.  This Order shall too be included in the same envelope.  The Court extends the deadline for objecting to the Report and Recommendation until January 30, 2025.

SO ORDERED this 14th day of January, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA