IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY GENO MARTINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-227 |
| | ) | |
| MAJOR ASKEW; CAPTAIN SHERMAN; STAFF SERGEANT RIVERA; STAFF SERGEANT WILLIAMSON; LIEUTENANT WILSON; STAFF SERGEANT GAINS; STAFF SERGEANT DONALDSON; SHERIFF CLAY WHITTLE; SERGEANT CRITE; SERGEANT BOYD; LIEUTENANT COOPER; DEPUTY HOWELL; MS. S. WILLIS, CCDC Classifications; MS. ANDERSON, Sheriff's Secretary/CCDC Admin; LIEUTENANT GREEN; and STAFF SERGEANT FANNING, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this action without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this case, he should be required to initiate a new lawsuit, which would

require submission of a new complaint.  See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 12th day of February, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA