AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY GENO MARTINSON,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:24-cv-00227

MAJOR ASKEW, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed February 12, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's request to proceed in forma pauperis is denied and the action is dismissed without prejudice. This case stands closed.



| 2/12/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |//
|  | *signature: A. Duke* |
|  | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/2020